AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20 mj 158 | Date and time warrant executed:<br>12/15/2020   10:58 a.m. | Copy of warrant and inventory left with:<br>RAndy Camebell |
| Inventory made in the presence of :<br>SA. TAbor | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>NO Property TAKen | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/18/2020

_____
Executing officer's signature

R.Cody Vines   Special Agent
Printed name and title

Returned to me ther 18th day of December 2020.
Pamela Meade Sargent
USMJ